CITY OF NEW YORK, Respondent, *v.* UNITED STATES LAND AND IMPROVEMENT COMPANY, LTD., et al., Defendants, and BROOKLYN AND JAMAICA BAY TURNPIKE COMPANY, Appellant.

Argued April 30, 1942; decided June 18, 1942.

*R. E. Burdick, M. S. Isaacs* and *I. S. Isaacs* for appellant.

*William C. Chanler, Corporation Counsel (Daniel M. Cohen* and *Julius Isaacs* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.